IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2024 NOV -4 A 11: 38

Dennis C. Latham

Plaintiff(s),

v.

Judge Joy Booth,
Millbrook Police Department, & Fictitious Party

Defendant(s).

2:24-cv-00707-RAH-CWB

CIVIL ACTION NO.

JURY DEMAND (MARK ONE)

☑ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: (334) 538-4336 - plaintiff doesn't have an address because while he was illegally incarcerated, he lost his residence of over 14 years. Plaintiff can receive mail c/o 1 Latham Community Development Corp, 3733 Oak Shadow Lane, Montgomery, AL 36116

2. Name and address of defendant(s): Judge Joy Booth, 134 North Court St. Suite 206, Prattville, AL 36067; Millbrook Police Dept; Millbrook City Hall; 3950 Grandview Road, Millbrook, AL 36054; & Fictitious Party

3. Place of alleged violation of civil rights: Elmore County Jail

4. Date of alleged violation of civil rights: December 23, 2022 to April 10, 2023

5. State the facts on which you base your allegation that your constitutional rights have been violated: Plaintiff was arrested on December 23, 2022. He was denied a court appearance within 72 hours of arrest. After about 30 days of incarceration, it was discovered by plaintiff's attorney that there was not a warrant for his arrest nor were there any details provided on the bond condition that was purportedly violated. Several orders were issued for plaintiff's immediate release, but all were denied by Judge Booth. As a last resort, the plaintiff's attorney filed a Writ of Mandamus to the Court of Criminal Appeals. Judge Booth and the Millbrook Municipal Court failed to submit a response to the Writ of Mandamus. After more than 30 additional days, the Court of Criminal Appeals ordered the plaintiff to be released on April 7, 2023. He was released on April 10, 2023 at 2:30 p.m.

6. Relief requested: Requesting 10 million dollars for compensatory and punitive damages for having his due process of law and 5th Amendment Rights violated and due to the loss of income, family valuables, loss of his home of 14 years, loss of his personal belongings, songs, and equipment as well as for emotional and mental anguish.

Date: November 4, 2024

Plaintiff(s) Signature

Civil Rights Complaint
Dennis C. Latham
November 3, 2024

Due to numerous bogus arrests and unfounded guilty verdicts, I was placed on probation by Judge Lynn Bright; however, no bond conditions were given to me.

On December 19, 2022, I was working at a job site in the wee hours of the morning. The Millbrook Police came and proceeded to place me in handcuffs. I asked why I was being handcuffed, but was ignored. The officers walked the grounds of the job site, checking doors and windows, as if I had broken in. I repeatedly asked them to call the owner of the property who could verify that I was authorized to be there.

After about 30 minutes, they finally contacted the owner who was able to provide them with the information. I posted about this encounter on my Facebook page.

On Friday, December 23, 2022, at approximately 1:00 in the afternoon, I was pulled over by the Millbrook Police and arrested for bond revocation. I was eventually transported to the Elmore County Jail where I remained for 108 days.

Both Judge Bright and Judge Fuller, who granted the "bond revocation warrant" retired, effective December 31, 2022. Judge Bright was replaced by Judge Joy Booth.

I was denied the 72 hour hearing. After about 30 days of incarceration, it was discovered by my attorney that there was not a warrant for my arrest nor were there any details provided on the bond condition that was purportedly violated. My attorney issued an order for my immediate release. This order was ignored. Several orders were subsequently filed and all were ignored by Judge Booth.

As a last resort to get me released, my attorney filed a Writ of Mandamus to the Court of Criminal Appeals. Judge Booth and the Millbrook Municipal Court failed to submit a response to the Writ. It took more than 30 days for the ruling which stated in part that I was to be released. This order was submitted on April 7, 2023. I was finally released on Monday, April 10, 2023.