IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS C. LATHAM, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:24-cv-00707-RAH |
| JOY BOOTH and<br>MILLBROOK POLICE DEPARTMENT, | ) ) ) ) |
|    Defendants. | ) ) |

## ORDER

On December 27, 2024, the Magistrate Judge filed a Recommendation (doc. 8) to which no timely objections have been filed. The Magistrate Judge recommends that the Plaintiff's Complaint (doc. 1) be dismissed without prejudice. (Doc. 8 at 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 8) is **ADOPTED**; and
2. The Plaintiff's Complaint (doc. 1) is **DISMISSED without prejudice**.

DONE, on this the 28th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE